UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 2 9 2005

**FILED**

United States of America

v.    Case No. 04-cr-116-01/02-SM

Carlos Pineda  and
Jhon Vazquez

### O R D E R

Defendant Pineda's motion to continue the final pretrial conference and trial is granted (document 49). Trial has been rescheduled for the September 2005 trial period. Defendant Pineda shall file a waiver of speedy trial rights not later than July 7, 2005. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** August 29, 2005 at 2:15 p.m.

**Jury Selection:** September 7, 2005 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

June 29, 2005

cc:  Scott L. Masse, Esq.
     Michael J. Sheehan, Esq.
     Robert Carmel-Montes, Esq.
     Don Feith, AUSA
     US Probation
     US Marshal