UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

v.  Case No. 04-cr-116-01-SM

<u>Carlos Pineda</u>

O R D E R

Defendant Pineda's motion to continue the final pretrial conference and trial is granted (document no 57). Trial has been rescheduled for the October 2005 trial period. Defendant Pineda shall file a waiver of speedy trial rights not later than September 15, 2005. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Change of Plea Hearing:** September 21, 2005 at 2:30 p.m.

**Final Pretrial Conference:** September 21, 2005 at 2:30 p.m.

**Jury Selection:** October 24, 2005 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

September 7, 2005

cc:  Scott Masse, Esq.
     Don Feith, AUSA
     US Probation
     US Marshal